MICHELE BECKWITH
Acting United States Attorney
LUKE BATY
Assistant United States Attorney
4550 California Avenue, Suite 640
Bakersfield, CA   93309
Telephone:  (661) 489-6150
Facsimile:  (661) 489-6151

Attorneys for Plaintiff
United States of America

**FILED**

**Jun 12, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. **1:25-cr-00120-KES-BAM** |
| Plaintiff, | 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |
| v. | |
| JAZDION GABRIEL, | |
| Defendant. | |

# I N D I C T M E N T

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition

The Grand Jury charges: T H A T

JAZDION GABRIEL,

defendant herein, on or about March 1, 2025, in the County of Kern, State and Eastern District of California, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, specifically:

Assault with a Gun on a Person, in violation of California Penal Code 245(a)(2), on or about May 25, 2022 in Kern County Superior Court, Kern County, California.

did knowingly possess a firearm, specifically, a Glock 36 with serial number LNG446, and ammunition, specifically, Norma .45 caliber ammunition, in and affecting commerce, in that said firearm and

INDICTMENT

1

ammunition had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION: [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1.      Upon conviction of the offense alleged in this Indictment, defendant JAZDION GABRIEL shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

2.      If any property subject to forfeiture, as a result of the offense alleged in this Indictment, for which defendant is convicted:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

MICHELE BECKWITH
Acting United States Attorney

**KIMBERLY A. SANCHEZ**
_____
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Chief, Fresno Office

INDICTMENT

2